IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Eddie James Pilcher, Jr., #303616 ) | Civil Action No.: 8:07-4076-CMC-BHH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **REPORT AND RECOMMENDATION** |
| Stan Burt, Adrian Martell, Darryl King, ) | **OF MAGISTRATE JUDGE** |
| Classe Thompson, Lt Terrence Forde, ) | |
| Investigator Powell, Officers Rodgers, ) | |
| Guinn, Corbet and Medical Personnel ) | |
| Nurse Dunn, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the plaintiff's motion for default judgment against Defendant Dunn. [Doc. 34.] Dunn, in fact, failed to make a timely appearance. No entry of default, however, has been made in this case. Moreover, Dunn has demonstrated good cause for her failure to timely appear. She represents that she never received the Complaint personally and mistakenly believed that counsel for other defendants had appeared on her behalf. More importantly, there is no prejudice to the plaintiff to excuse Dunn's late appearance. She has not exhibited a history of negligence or dereliction in this regard.  As soon as she was aware of her inadvertence, she retained counsel and responded to the default motion. The Court's of this circuit prefer to resolve any doubts regarding default in favor of hearing a dispute on its merits. *See Tolson v. Hodge*, 411 F.2d 123, 130 (4th Cir. 1969). For all these reasons, the plaintiff's motion for default judgment is DENIED.

For good cause shown, no entry of default should be made nor judgment entered against Dunn. *See* Fed. R. Civ. P. 55.

## CONCLUSION AND RECOMMENDATION

Wherefore, based upon the foregoing, the Court recommends that the plaintiff's motion for default judgment be DENIED [Doc. 34].

IT IS SO RECOMMENDED.

s/Bruce H.  Hendricks
United States Magistrate Judge

July 24, 2008
Greenville, South Carolina

**The plaintiff's attention is directed to the important notice on the next page.**

**Notice of Right to File Objections to Report and Recommendation**

The parties are advised that they may file specific written objections to this Report and Recommendation with the District Court Judge.  Objections must specifically identify the portions of the Report and Recommendation to which objections are made and the basis for such objections.  In the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310 (4th Cir. 2005).

Specific written objections must be filed within ten (10) days of the date of service of this Report and Recommendation.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  The time calculation of this ten-day period excludes weekends and holidays and provides for an additional three (3) days for filing by mail.  Fed. R. Civ. P. 6(a) & (e).  Filing by mail pursuant to Fed. R. Civ. P. 5 may be accomplished by mailing objections to:

Larry W. Propes, Clerk
United States District Court
P.O. Box 10768
Greenville, South Carolina 29603

**Failure to timely file specific written objections to this Report and Recommendation will result in waiver of the right to appeal from a judgment of the District Court based upon such Recommendation.**  28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985).